SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 907-9700
Allen G. Kadish[1]
Harrison H.D. Breakstone[1]
Email: akadish@sgrlaw.com
hbreakstone@sgrlaw.com

*Counsel for Allen D. Applbaum as Receiver*

FILED - OCT 07, 2026 - PM12:31
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Larmore; ArciTerra Companies, LLC; ArciTerra Note Advisors II, LLC; ArciTerra Note Advisors III, LLC; ArciTerra Strategic Retail Advisors, LLC; and Cole Capital Funds, LLC,<br><br>Defendants, and<br><br>Michelle Larmore; Marcia Larmore; CSL Investments, LLC; MML Investments, LLC; Spike Holdings, LLC; and JMMAL Investments, LLC,<br><br>Relief Defendants. | Case No.: 3:23-mc-00036<br><br>United States District Court<br>District of Arizona<br><br>Case No.: 3:23-cv-02470-DLR |

**NOTICE OF SUPPLEMENTAL FILING OF COMPLAINT AND ORDERS APPOINTING RECEIVER**
**<u>PURSUANT TO 28 U.S.C. §754</u>**

PLEASE TAKE NOTICE that by Orders dated December 21, 2023 and May 6, 2024, Allen D. Applbaum was appointed Receiver in the captioned case pending in the United States District Court for the District of Arizona.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. §754 the Receiver hereby

[1] Limited appearance for the purpose of this Receiver's notice under 28 U.S.C. §754 to preserve rights in property located within this district.

files this Notice together with:

Exhibit A - *Complaint* [ECF No. 1],
Exhibit B - *Order Appointing Temporary Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction* [ECF No. 77],
Exhibit C - *Order Appointing Receiver and Freezing Assets and Imposing Litigation Injunction* [ECF No. 154],
Exhibit D - *Order* [ECF No. 585], and
Exhibit E - *Order* [ECF No. 594].

Dated: October 6, 2026

SMITH, GAMBRELL & RUSSELL, LLP

By: ______________________________
Allen G. Kadish
Harrison H.D. Breakstone
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 907-9700
Email: akadish@sgrlaw.com
hbreakstone@sgrlaw.com

*Counsel for Allen D. Applbaum as Receiver*