*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*

*Allen G., Kadish*
*akadish@sgrlaw.com*

Smith Gambrell Russell

October 6, 2026

FILED - OCT 07, 2026 - PM12:31
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

***VIA OVERNIGHT COURIER***
United States District Court
Northern District of Indiana
Attn: Court Clerk
401 South Michigan Street
South Bend, IN 46601

Re: *Securities and Exchange Commission v. Jonathan Larmore, et al.,* Case No. 3:23-mc-00036
U.S. District Court for the District of Arizona, Case No. 23-CV-02470-DLR
**Notice of Supplemental Filing of Complaint and Orders Appointing Receiver Pursuant to 28 U.S.C. §754**

Dear Clerk:

Our firm represents Allen D. Applbaum as Court-appointed Receiver in the above-referenced federal receivership in the United States District Court for the District of Arizona. Pursuant to 28 U.S.C. §754, the Receiver hereby submits for filing the enclosed:

***Notice of Supplemental Filing of Complaint and Orders Appointing Receiver Pursuant to 28 U.S.C. §754,*** with:

| | |
|---|---|
| Exhibit A - | *Complaint* [ECF No. 1], |
| Exhibit B - | *Order Appointing Temporary Receiver and Temporarily Freezing Assets and Imposing Litigation Injunction* [ECF No. 77], |
| Exhibit C - | *Order Appointing Receiver and Freezing Assets and Imposing Litigation Injunction* [ECF No. 154], |
| Exhibit D - | *Order* [ECF No. 585], and |
| Exhibit E - | *Order* [ECF No. 594]. |

Please file these under the referenced civil case initially opened under 28 U.S.C. §754 in your District. To the extent the case has been closed, we respectfully request that the case be reopened for the filing of the attached Notice. Due to the exigency under the statute, please file and we will follow with the filing fee, if any. Please direct all communications to Ryan Tryzbiak, at rtryzbiak@sgrlaw.com or (312) 360-6010. We also enclose a return envelope for a file-stamped copy of the first page of the Notice.

Respectfully,

Allen G. Kadish

Enclosures

[1] Limited appearance for the purpose of this Receiver's notice under 28 U.S.C. §754 to preserve rights in property located within this district.